IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WAYNE N. PHILLIPS,

             *Plaintiff,*

    v.

STALLION OILFIELD SERVICES, LTD.,

             *Defendant.*

Civil Action No. 2:21-cv-1089

Hon. William S. Stickman IV

## JUDGMENT ORDER

    AND NOW, this **23** day of May 2023, IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 58, judgment is entered in favor of Defendant Stallion Oilfield Services, Ltd., and against Plaintiff Wayne N. Phillips. The Clerk of Court is directed to mark this CASE CLOSED.

                BY THE COURT:

                WILLIAM S. STICKMAN IV
                UNITED STATES DISTRICT JUDGE